IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 5:21-CV-00106-DCR


B.A.,                                                                          PLAINTIFF


v.


UNITED STATES OF AMERICA;                                    DEFENDANTS
OFFICER CHRISTOPHER BRIAN GOODWIN

## NOTICE OF FILING

Comes now the Plaintiff, B.A., by and through counsel, and hereby respectfully requests that the

Clerk of the Court issue the attached Summons for service on the Defendants named in the

Complaint filed on April 28, 2021.


                                        Respectfully Submitted,


                                        */s/David G. Bryant*
                                        David G. Bryant
                                        David Bryant Law, PLLC
                                        600 W. Main St., Ste. 100
                                        Louisville, KY 40202
                                        Telephone:  (502) 540-1221
                                        david@davidbryantlaw.com