Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

Eastern District of Kentucky
F I L E D
MAY 28 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
__Eastern__ District of __Kentucky__
__Central__ Division

B.A.
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

United States of America;
Officer Christopher Brian Goodwin
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. __5:21-cv-00106-DCR__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

### I. The Parties Filing This Answer to the Complaint

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Brian Goodwin |
| Street Address | 4406 Combs Ferry Rd. |
| City and County | Winchester, Clark County |
| State and Zip Code | Kentucky 40391 |
| Telephone Number | (859) 771-1385 |
| E-mail Address | dragon4772@aol.com |

### II. The Answer and Defenses to the Complaint

#### A. Answering the Claims for Relief

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

Christopher Brian Goodwin
21-CV-106

1. The Defendant admits in part; the allegation in Paragraph 1 of the Complaint, that the Plaintiff was for some period of time in the custody of the BOP, including FMC Lexington. Concerning any reference to sexual assault, the Defendant neither admits or denies such allegation, and asserts his rights under the Fifth Amendment to the U.S. Constitution.

2. The Defendant admits the allegation in Paragraph 2 of the Complaint.

3. The Defendant admits the allegation in Paragraph 3 of the Complaint.

4. The Defendant admits the allegation in Paragraph 4 of the Complaint.

5. The Defendant admits the allegation in Paragraph 5 of the Complaint.

6. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 6 of the Complaint.

7. The Defendant admits the allegation in Paragraph 7 to the extent that the events alleged, should they have occurred, did so in the Eastern District of Kentucky.

8. The Defendant admits the allegation in Paragraph 8 of the Complaint.

9. The Defendant admits the allegation in Paragraph 9 of the Complaint.

10. The Defendant does have enough knowledge to admit or deny the allegation in Paragraph 10 of the Complaint.

11. The Defendant does have enough knowledge to admit or deny the allegation in Paragraph 11 of the Complaint.

12. The Defendant admits the allegation in Paragraph 12 of the Complaint.

13. The Defendant admits the allegation in Paragraph 13 of the Complaint.

14. The Defendant admits the allegation in Paragraph 14 of the Complaint.

15. The Defendant admits the allegation in Paragraph 15 of the Complaint.

16. The Defendant admits the allegation in Paragraph 16 of the Complaint.

17. The Defendant does have enough knowledge to admit or deny the allegation in Paragraph 17 of the Complaint.

18. The Defendant admits the allegation in Paragraph 18 of the Complaint.

19. The Defendant does have enough knowledge to admit or deny the allegation in Paragraph 19 of the Complaint

20. The Defendant admits the allegation in Paragraph 20 of the Complaint.

21. The Defendant admits the allegation in Paragraph 21 of the Complaint.

22. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 22 of the Complaint.

23. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 23 of the Complaint.

24. The Defendant neither admits nor denies the allegation in Paragraph 24 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

25. The Defendant neither admits nor denies the allegation in Paragraph 25 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

26. The Defendant neither admits nor denies the allegation in Paragraph 26 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

27. The Defendant neither admits nor denies the allegation in Paragraph 27 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

28. The Defendant neither admits nor denies the allegation in Paragraph 28 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

29. The Defendant neither admits nor denies the allegation in Paragraph 29 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

30. The Defendant neither admits nor denies the allegation in Paragraph 30 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

31. The Defendant neither admits nor denies the allegation in Paragraph 31 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

32. The Defendant neither admits nor denies the allegation in Paragraph 32 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

33. The Defendant neither admits nor denies the allegation in Paragraph 33 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

34. The Defendant neither admits nor denies the allegation in Paragraph 34 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

35. The Defendant neither admits nor denies the allegation in Paragraph 35 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

36. The Defendant neither admits nor denies the allegation in Paragraph 36 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

37. The Defendant neither admits nor denies the allegation in Paragraph 37 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

38. The Defendant neither admits nor denies the allegation in Paragraph 38 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

39. The Defendant neither admits nor denies the allegation in Paragraph 39 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

40. The Defendant neither admits nor denies the allegation in Paragraph 40 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

41. The Defendant neither admits nor denies the allegation in Paragraph 41 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

42. The Defendant neither admits nor denies the allegation the in Paragraph 42 and invokes his rights under the Fifth Amendment to the U.S. Constitution.

43. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 43 of the Complaint.

44. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 44 of the Complaint.

45. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 45 of the Complaint.

46. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 46 of the Complaint.

47. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 47 of the Complaint.

48. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 48 of the Complaint.

49. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 49 of the Complaint.

50. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 50 of the Complaint.

51. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 51 of the Complaint.

52. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 52 of the Complaint.

53. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 53 of the Complaint.

54. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 54 of the Complaint.

55. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 55 of the Complaint.

56. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 56 of the Complaint.

57. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 57 of the Complaint.

58. The Defendant does not have the requisite knowledge to admit or deny the allegation contained in Paragraph 58 of the Complaint.

59. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 59 of the Complaint.

60. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 60 of the Complaint.

61. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 61 of the Complaint.

62. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 62 of the Complaint.

63. The Defendant admits the allegation in Paragraph 63 of the Complaint.

64. The Defendant neither admits nor denies the allegation in Paragraph 64; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

65. The Defendant neither admits nor denies the allegation in Paragraph 65; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

66. The Defendant neither admits nor denies the allegation in Paragraph 66; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

67. The Defendant neither admits nor denies the allegation contained in Paragraph 67; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

68. The Defendant neither admits nor denies the allegation contained in Paragraph 68; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

69. The Defendant neither admits nor denies the allegation in Paragraph 69; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

70. The Defendant neither admits nor denies the allegation in Paragraph 70; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

71. The Defendant neither admits nor denies the allegation contained in Paragraph 71; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

72. The Defendant neither admits nor denies the allegation in Paragraph 72; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

73. The Defendant neither admits nor denies the allegation contained in Paragraph 73; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

74. The Defendant neither admits nor denies the allegation contained in Paragraph 74; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

75. The Defendant neither admits nor denies the allegation in Paragraph 75; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

76. The Defendant neither admits nor denies the allegation in Paragraph 76; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

77. The Defendant neither admits nor denies the allegation in Paragraph 77; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

78. The Defendant neither admits nor denies the allegation in Paragraph 78; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

79. The Defendant neither admits nor denies the allegation in Paragraph 79; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

80. The Defendant does not have enough knowledge to admit or deny the allegations in Paragraph 80 of the Complaint.

81. The Defendant admits the allegation in Paragraph 81 of the Complaint.

82. The Defendant admits the allegation in Paragraph 82 of the Complaint.

83. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 83 of the Complaint.

84. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 84 of the Complaint.

85. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 85 of the Complaint.

86. The Defendant does not have enough knowledge to admit or deny the allegations in Paragraph 86 of the Complaint.

87. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 87 of the Complaint.

88. The Defendant does not have enough knowledge to admit or deny the allegation in Paragraph 88 of the Complaint.

89. The Defendant neither admits nor denies the allegation in Paragraph 89; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

90. The Defendant neither admits nor denies the allegation in Paragraph 90; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

91. The Defendant neither admits nor denies the allegation in Paragraph 91; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

92. The Defendant admits to the allegation in Paragraph 92 of this Complaint.

93. The Defendant neither admits nor denies the allegation in Paragraph 93; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

94. The Defendant neither admits nor denies the allegation in Paragraph 94; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

95. The Defendant neither admits nor denies the allegation in Paragraph 95; and asserts his rights under the Fifth Amendment to the U.S. Constitution.

**B.  Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1. The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

2. The court does not have personal jurisdiction over the defendant because *(briefly explain)*

3. The venue where the court is located is improper for this case because *(briefly explain)*

4. The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

5. The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

6. The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

7. Another party *(name)* _____ needs to be joined (added) in the case. The reason is *(briefly explain why joining another party is required)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

    a.    If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

        The other party is a citizen of the State of *(name)* _____.

        Or is a citizen of *(foreign nation)* _____. The amount of damages sought from this other party is *(specify the amount)* _____.

    b.    If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

## C. Asserting Affirmative Defenses to the Claims for Relief

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*

is barred by *(identify one or more of the following that apply)*:

1. Accord and satisfaction *(briefly explain)*

2. Arbitration and award *(briefly explain)*

3. Assumption of risk *(briefly explain)*

4. Contributory or comparative negligence of the plaintiff *(briefly explain)*

5. Duress *(briefly explain)*

Page 3 of 7

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

6. Estoppel *(briefly explain)*

7. Failure of consideration *(briefly explain)*

8. Fraud *(briefly explain)*

9. Illegality *(briefly explain)*

10. Injury by fellow employee *(briefly explain)*

11. Laches (Delay) *(briefly explain)*

12. License *(briefly explain)*

13. Payment *(briefly explain)*

14. Release *(briefly explain)*

15. Res judicata *(briefly explain)*

16. Statute of frauds *(briefly explain)*

17. Statute of limitations *(briefly explain)*

18. Waiver *(briefly explain)*

19. Other *(briefly explain)*

## D. Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

2. The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

3. State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

Pro Se 3 (Rev 12/16) The Defendant's Answer to the Complaint

        a.      The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* alleges that the following injury or damages resulted *(specify)*:

        b.      The defendant seeks the following damages or other relief *(specify)*:

### III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/27/2021

Signature of Defendant: X *[signature]*

Printed Name of Defendant: Christopher Brian Goodwin
(Prepared with the assistance of counsel)

#### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

Telephone Number _____

E-mail Address _____