IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

B.A.,

    Plaintiff,

v.                                                               Civil Action No. 5:21-cv-00106-DCR

UNITED STATES OF AMERICA and
OFFICER CHRISTOPHER BRIAN GOODWIN

    Defendants.

### **AMENDED APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2, of the U.S. District Court for the Eastern District of Kentucky, Attorney L. Dante diTrapano, applies for admission to appear *pro hac vice* in the above styled matter in the Eastern District of Kentucky, accompanied by counsel of record David G. Bryant, who is a member of the Kentucky Bar. Attorney L. Dante diTrapano has undertaken the representation of the plaintiff in this matter as co-counsel. In that regard, counsel L. Dante diTrapano submits as follows:

(1) Admission Status.

Counsel is admitted to practice in the following Bars. Counsel is a resident of the State of West Virginia, a certificate of good standing in the Supreme Court of Appeals of West Virginia, issued on June 22, 2021, is attached as **Exhibit A**.

        West Virginia, 1994, Reinstatement June 2018
        U.S. District Court Southern District of West Virginia, June 2018
        U.S. District Court Northern District of West Virginia, June 2020

(2) Disciplinary History.

In 2007 Mr. diTrapano was disbarred by the Supreme Court of Appeals of West Virginia for conduct related to substance abuse. Shortly after his disbarment in West Virginia, his license to practice law in the State of Georgia was annulled. Mr. diTrapano was reinstated in West Virginia on June 5, 2018 and has over 13 years of sobriety. *See* attached Order as **Exhibit B**. Mr. diTrapano has completed the mandatory period of supervision of his law practice, as required. *See* June 3 2020 letter from West Virginia Office of Lawyer Disciplinary Counsel, attached as **Exhibit C.** Mr. diTrapano has been compliant and will complete the West Virginia Judicial Lawyer Assistance Program on December 1, 2021.

(3) Consent to Jurisdiction.

Counsel hereby consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

(4) ECF Training.

Counsel has been trained via online tutorials in the use of the Court's electronic filing system in the U.S. District Court Southern District of West Virginia, U.S. District Court Northern District of West Virginia, U.S. District Court Northern District of Florida, and U.S. Court of Appeals.

5. Local counsel David G. Bryant of the firm David Bryant Law, PLLC is a member of the State Bar of Kentucky, has been admitted to practice in the Eastern District of Kentucky, and has consented to the designation as local counsel in this matter. His address is 600 W. Main Street, Ste. 100, Louisville, KY 40202. His telephone number is 502-540-1221 and fax is 502-540-1200. Email address is david@davidbryantlaw.com.

WHEREFORE, above premises considered, and for good cause shown, Plaintiff asks this court to permit L. Dante diTrapano to appear *pro hac vice* in this matter.

    Respectfully submitted,

    /s/ *L. Dante diTrapano*
    L. Dante diTrapano, Esq. (WVSB# 6778)
    CALWELL LUCE DITRAPANO, PLLC
    500 Randolph Street
    Charleston, WV 25302
    Telephone: 304-343-4323
    Fax: 304-344-3684
    dditrapano@cldlaw.com

    */s/ David G. Bryant*
    David G. Bryant, Esq. (KBN 91351)
    David Bryant Law, PLLC
    600 W. Main Street, STE 100
    Louisville, KY 40202
    Telephone: 502-540-1221
    Fax: 502-540-1200
    david@davidbryantlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I electronically filed the above motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *L. Dante diTrapano*
L. Dante diTrapano, Esq. (WVSB# 6778)
CALWELL LUCE DITRAPANO, PLLC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com

*/s/ David G. Bryant*
David G. Bryant, Esq. (KBN 91351)
David Bryant Law, PLLC
600 W. Main Street, STE 100
Louisville, KY 40202
Telephone: 502-540-1221
Fax: 502-540-1200
david@davidbryantlaw.com