# STATE OF WEST VIRGINIA
## OFFICE OF LAWYER DISCIPLINARY COUNSEL
### CITY CENTER EAST
### SUITE 1200C
### 4700 MacCORKLE AVENUE SE
### CHARLESTON, WEST VIRGINIA 25304
Office: (304) 558-7999
Fax: (304) 558-4015
Website: www.wvodc.org

**Chief Lawyer Disciplinary Counsel**
Rachael L. Fletcher Cipoletti
**Senior Lawyer Disciplinary Counsel**
Andrea J. Hinerman

**Lawyer Disciplinary Counsel**
Renée N. Frymyer
Jessica H. Donahue Rhodes
Joanne M. Vella Kirby

June 3, 2020

L. Dante' diTrapano, Esquire
Law and Art Center West
500 Randolph Street
Charleston WV 25302

Re: Completion of period of supervision

Dear Mr. diTrapano:

As you know, the required time period for the supervision of your law practice has now passed. I have received an excellent final report from David H. Carriger, Esquire concerning you and your practice.

Accordingly, I am closing out my file in this matter and I now consider this case to be concluded. You are no longer required to practice under the supervision of another lawyer.

Congratulations on your successful completion of the supervision, and should you ever need assistance from this office please feel free to contact me.

Sincerely,

Rachael Fletcher Cipoletti,
Chief Lawyer Disciplinary Counsel

RLFC/amw

cc: David H. Carriger, Esquire