UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

ELECTRONIC FILING ATTORNEY REGISTRATION FORM

This form is used to register for an account on the Eastern District of Kentucky Electronic Filing System (the system). Registered attorneys will have privileges to electronically submit documents and to view the electronic docket sheets and documents. By registering, attorneys permit electronic service of all documents through the court's transmission facilities in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the joint local rules of this Court. The following information is required for registration (please type):

Last Name  diTrapano                  First Name  Louis

Middle Name  Dante                    Generation

Last four digits of Social Security Number (for security purposes)  XXX-XX-1843

KY or other State Bar Number  West Virginia Bar # 6778

Firm Name  Calwell Luce diTrapano, PLLC    Street Address  500 Randolph Street

Suite No.                              P.O. Box

City & State  Charleston, WV          Zip Code  25302

Telephone  304-343-4323               Fax  304-344-3684

Primary Email Address  dditrapano@cldlaw.com

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Eastern District of Kentucky pursuant to Joint Local Rules.

Are you admitted to practice in this Court?  ○ Yes  ⊗ No

If admitted pro hac vice give case number in which pro hac vice status was granted:  5:21-CV-00106-DCR

By signing this form, you will certify that you have read and are familiar with the rules of practice and the administrative procedures guide governing electronic filing, which may be found at http://www.kyed.uscourts.gov and that you have a PACER account. Visit the PACER web site at http://pacer.psc.uscourts.gov to establish a PACER account.

Please verify your method of training: ☒ web page tutorial; ☐ to be provided by EDKY court personnel;
☐ provided by an in-house certified trainer; ☐ court training in other court: _____ (Other Court)

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system.

The combination of user ID and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the Court if they learn that their password has been compromised.

_____          6-16-2021
Signature of Registrant                   Date