IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

B.A.,

    Plaintiff,

v.                                            Civil Action No. 5:21-cv-106-DCR

UNITED STATES OF AMERICA;
OFFICER CHRISTOPHER BRIAN GOODWIN;

    Defendants.

## **ORDER**

    A motion for leave to appear pro hac vice as co-counsel for the Plaintiff has been filed by attorney L. Dante di Trapano. The motion demonstrates that Mr. diTrapano is a member in good standing of the West Virginia State Bar and that he resides and regularly practices law in the State of West Virginia. Mr. diTrapano has studied and is familiar with the Local rules of this District, and the docket confirms that the $125.00 pro hac vice admission fee has been paid. This motion is in compliance with Local Rule 83 and is **GRANTED**.

    **ORDERED** on _____, 2021.

                                                                             _____
                                                                             United States District Judge